IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH MARY BISSELL, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 15-04677 |
| | : | |
| GRAVELEY BROTHERS ROOFING | : | |
| CORPORATION, MICHAEL GRAVELEY, | : | |
| JOHN GRAVELEY, GRAVELEY FAMILY | : | |
| PARTNERSHIP, GIRARD COMMONS, LLC | : | |
| ASHAW DEMOLITION a/k/a ASHAW | : | |
| CONSTRUCTION TRAINING, INC., | : | |
| JOHN J. HIGGINS, | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 20th day of June, 2016, upon consideration of Defendants Graveley Brothers Roofing Corporation, Michael Graveley, John Graveley, Graveley Family Partnership, and Girard Commons, LLC's (collectively the "Defendants") Motion to Dismiss (Dkt No. 8), Plaintiff Ruth Mary Bissell's Response in Opposition (Dkt No. 9), and Defendants' Reply in Support of Motion to Dismiss (Dkt No. 15), it is hereby ORDERED as follows:

1) Defendants' Motion to Dismiss (Dkt. No. 8) is DENIED without prejudice;

2) Plaintiff and Defendants shall engage in discovery, to be completed on or before July 15, 2016;

3) On or before July 29, 2016, Plaintiff shall file an Amended Complaint or notify this Court of its intention to voluntarily dismiss the above-captioned action; and

4) The Clerk of Court shall place this matter in SUSPENSE status and mark same CLOSED for statistical purposes, pending the outcome of jurisdictional discovery. The court shall retain jurisdiction and the case shall be restored to the trial docket when the action is in a status so that it may proceed to final disposition. The Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II            J.